UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

CATHEDRAL ART METAL CO, INC.,

        Plaintiff,

vs.

CHOICE FINANCIAL, LLC d/b/a CLUB'S,
CHOICE FUNDRAISING, HANSEN FUND
RAISING SERVICES, INC., HANSEN'S
FROZEN FOODS, INC., and MR. Z'S FUND
RAISING CORP.,

        Defendants.

Case No. 10-CV-00391 WCG

JURY TRIAL DEMANDED

---

## STIPULATION OF DISMISSAL

Plaintiff, Cathedral Art Metal Co., Inc., and defendant Choice Products, USA, LLC, d/b/a Club's Choice Fundraising (incorrectly named as Choice Financial, LLC) hereby stipulate and agree that this matter may be and is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees, with all rights of appeal waived.

| **CATHEDRAL ART METAL CO., INC.** <br> By Its Counsel, | **CHOICE PRODUCTS, USA, LLC** <br> By Its Counsel, |
|---|---|
| /s/ Melissa H. Burkland <br> Jonathan H. Margolies, SBN 10000452 <br> *jhmargolies@michaelbest.com* <br> Melissa H. Burkland, SBN 1071443 <br> *mhburkland@michaelbest.com* <br> 100 East Wisconsin Ave. Suite 3300 <br> Milwaukee WI 53202-4108 <br> Telephone: 414-271-6560 <br> Fax: 414-277-0656 <br> Date: March 7, 2011 | /s/ Gerardo H. Gonzalez <br> Gerardo H Gonzalez, SBN 1003647 <br> *Jerry_gonzalez@gshllp.com* <br> 225 E Michigan St. 4th Floor <br> Milwaukee WI 53202 <br> Telephone: 414-277-8500 <br> Fax: 414-277-8521 <br><br><br> Date: March 7, 2011 |